UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21711-CIV-JORDAN/MCALILEY

GREGORIO P. SIMONES,

    Plaintiff,

    v.

EISAI INC., a foreign corporation,

    Defendant.
_____/

## NOTICE OF FILING MEDIATOR'S REPORT

Defendant, Eisai Inc., by and through undersigned counsel, hereby gives notice of filing of the Mediator's Report, dated February 9, 2010, attached hereto.

Dated: February 10, 2010

    s/ Allan H. Weitzman
    Allan H. Weitzman, Esq.
    aweitzman@proskauer.com
    Jurate Schwartz, Esq.
    jschwartz@proskauer.com
    Proskauer Rose LLP
    2255 Glades Road – Suite 340 West
    Boca Raton, FL  33431-7360
    Telephone: (561) 241-7400
    Facsimile: (561) 241-7145
    *Attorneys for Defendant Eisai Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on that on February 10, 2010, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Allan H. Weitzman
                                              Allan H. Weitzman, Esq.

## SERVICE LIST

*Gregorio P. Simones*
*v.*
*Eisai Inc.*

CASE NO. 09-21711-CIV-JORDAN/MCALILEY

| | |
|---|---|
| Gary A. Costales, Esq. | Allan H. Weitzman, Esq. |
| costalesgary@hotmail.com | aweitzman@proskauer.com |
| Gary A. Costales, P.A. | Jurate Schwartz, Esq. |
| 1200 Brickell Avenue | jschwartz@proskauer.com |
| Suite 1230 | Proskauer Rose LLP |
| Miami, FL 33131 | 2255 Glades Road, Ste. 340W |
| Telephone: (305) 375-9510 | Boca Raton, FL 33431 |
| Facsimile: (305) 375-9511 | Telephone: (561) 241-7400 |
| Attorneys for Plaintiff, Gregorio P. Simones | Facsimile: (561) 241-7145 |
| Via CM/ECF | Attorney for Defendant, Eisai Inc. |
| | Via CM/ECF |