UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21711-CIV-JORDAN/MCALILEY

GREGORIO P. SIMONES,

    Plaintiff,

    v.

EISAI INC., a foreign corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The parties hereby notify the Court that this matter has been settled. The parties will be submitting a Joint Stipulation of Dismissal with Prejudice.

Dated: February 10, 2010

| | |
|---|---|
| s/Gary A. Costales, Esq. | s/Allan H. Weitzman |
| Gary A. Costales, Esq. | Allan H. Weitzman, Esq. |
| Florida Bar No. 0948829 | Florida Bar No. 0045860 |
| costalesgary@hotmail.com | aweitzman@proskauer.com |
| Gary A. Costales, P.A. | Jurate Schwartz, Esq. |
| 1200 Brickell Avenue | Florida Bar No. 0712094 |
| Suite 1230 | jschwartz@proskauer.com |
| Miami, FL 33131 | Proskauer Rose LLP |
| Telephone: (305) 375-9510 | 2255 Glades Road – Suite 340 West |
| Facsimile: (305) 375-9511 | Boca Raton, FL  33431-7360 |
| *Attorneys for Plaintiff, Gregorio P. Simones* | Telephone: (561) 241-7400 |
| | Facsimile: (561) 241-7145 |
| | *Attorneys for Defendant Eisai Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on that on February 10, 2010, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Allan H. Weitzman
        Allan H. Weitzman, Esq.

## SERVICE LIST

*Gregorio P. Simones*
*v.*
*Eisai Inc.*

CASE NO. 09-21711-CIV-JORDAN/MCALILEY

| | |
|---|---|
| Gary A. Costales, Esq. | Allan H. Weitzman, Esq. |
| costalesgary@hotmail.com | aweitzman@proskauer.com |
| Gary A. Costales, P.A. | Jurate Schwartz, Esq. |
| 1200 Brickell Avenue | jschwartz@proskauer.com |
| Suite 1230 | Proskauer Rose LLP |
| Miami, FL 33131 | 2255 Glades Road, Ste. 340W |
| Telephone: (305) 375-9510 | Boca Raton, FL 33431 |
| Facsimile: (305) 375-9511 | Telephone: (561) 241-7400 |
| Attorneys for Plaintiff, Gregorio P. Simones | Facsimile: (561) 241-7145 |
| Via CM/ECF | Attorney for Defendant, Eisai Inc. |
| | Via CM/ECF |